**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IEISHA MASS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **- vs -** § | |
| § | |
| **WELLS FARGO BANK, NA as Trustee for** § | **CASE NO. 4:24-cv-04834** |
| **OPTION ONE MORTGAGE LOAN** § | |
| **TRUST 2005-4, PHH MORTGAGE** § | |
| **CORPORATION its/their successors and/or** § | |
| **assigns, and GLEANNLOCH FARMS** § | |
| **COMMUNITY ASSOCIATION, INC.,** § | |
| § | |
| **Defendants.** § | |

**DEFENDANTS' REPLY IN SUPPORT OF SUPPLEMENTAL MOTION TO DISMISS
AND MOTION TO STRIKE**

Defendants, PHH Mortgage Corporation ("PHH MC") and Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4, ("Wells Fargo") (collectively, PHH MC and Wells Fargo are referred to herein as "Defendants"), file this Reply in support of their Supplemental Motion to Dismiss Plaintiff's Amended Complaint and Motion to Strike, and respectfully show the Court as follows:

**REPLY**

In her response, Plaintiff Ieisha Mass ("Plaintiff") (1) fails to adequately respond to Defendants' Motion to Dismiss, instead advocating for an erroneous legal standard under Texas law, and (2) fails to identify sufficient reason for leave to amend to be granted. First, Plaintiff suggests this Court should follow a legal standard under Texas law when assessing Defendants' motion, which is in direct violation of Rule 81(c). Federal Rule of Civil Procedure 81(c)(1) unequivocally states that "[t]hese rules apply to a civil action after it is removed from a state court."

Accordingly, Plaintiff's argument that this Court should apply a Texas legal standard to the Motion is meritless. Second, Plaintiff's motion for leave should be denied. Plaintiff fails to articulate sufficient cause to deny the motion to strike, and Plaintiff's suggested amended pleading does not cure the deficiencies identified in the Motion.

## CONCLUSION

For each of the foregoing reasons, Defendants pray the Court grant Defendants' Supplemental Motion to Dismiss and dismiss the claims asserted by Plaintiff with prejudice. Defendants further requests the Court strike the amended pleading filed by Plaintiff as untimely. Defendants also seek such other relief, in law or in equity, to which Defendants may be justly entitled.

Dated: February 26, 2025                                          Respectfully submitted,

*/s/ Amelia H. Marquis*
**JOSÉ M. ("JOE") RUBIO III**
Attorney-in-charge
State Bar No. 24084576
Southern District No. 2952046
jrubio@dykema.com
**Amelia H. Marquis**
State Bar No. 24097512
Southern District No. 3354861
amarquis@dykema.com
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**ATTORNEYS FOR DEFENDANTS
WELLS FARGO BANK AND
PHH MORTGAGE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties or counsel of record on February 26, 2025, in compliance with the Federal Rules of Civil Procedure.

*/s/ Amelia H. Marquis*
**AMELIA H. MARQUIS**
