# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **IEISHA MASS,** | § |
| *Plaintiff*, | § § § |
| VS. | §  CIVIL ACTION NO. 4:24-CV-4834 |
| | § |
| **WELLS FARGO BANK, NA as Trustee for OPTION ONE MORTGAGE LOAN TRUST 2005-4, PHH MORTGAGE CORPORATION its/their successors and/or assigns, and GLEANNLOCH FARMS COMMUNITY ASSOCIATION, INC.,** | § § § § § § § |
| *Defendants*. | § |

## FINAL JUDGMENT

Plaintiff Iesha Mass brought this suit against Defendants PHH Mortgage Corporation, Gleannloch Farms Community Association, Inc. and Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-4 in Texas state court, and Defendants PHH Mortgage Corporation and Wells Fargo Bank removed it to this Court. ECF No. 1. Defendants PHH Mortgage Corporation and Wells Fargo Bank moved to dismiss Plaintiff's First Amended Complaint. ECF No. 9. At a March 10, 2025 hearing, the Court granted Defendant's Supplemental Motion to Dismiss and dismissed Plaintiff's First Amended Complaint with prejudice.

On May 12, 2025, Plaintiff filed a Proposed Order to Dismiss Without Prejudice seeking to dismiss the case in its entirety, without prejudice. ECF No. 15. Since the claims against Defendants PHH Mortgage Corporation and Wells Fargo Bank were previously dismissed with prejudice, the Court now dismisses Defendant Gleannloch Farms Community Association, Inc. without prejudice in accordance with Plaintiff's request.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants PHH Mortgage Corporation and Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-4.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 12th day of May, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE